**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| RE:    CHRISTOPHER C. KENNEDY | Case No. 17-11988 |
|  | Chapter 7 |
|             Debtor | Judge Frank J. Bailey |

## DEBTOR'S RESPONSE TO THE MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY US BANK NATIONAL ASSOCIATION

Now comes Christopher C. Kennedy, (the "Debtor") and respectfully files this response to the motion for relief from automatic stay filed by Creditor US Bank National Association (docket #60) and in response states as follows:

The Debtor states the following in accordance with the motion for relief from automatic stay:

1. On May 30, 2017, the Debtor filed a petition under Chapter 13 of the United States Bankruptcy Code. The case has been converted to chapter 7.

2. On December 11, 2017, the Creditor filed its motion as docket #60.

3. The Debtor is currently reviewing the options available to him in hopes of attempting to resolve this matter.

*WHEREFORE*, the Debtor respectfully requests this Honorable Court enter an order as deemed appropriate by the Court.

Respectfully Submitted,

The Debtor, By his Counsel,

December 26, 2017

/s/ *Matthew T. Desrochers*
Matthew T. Desrochers
BBO #644504
274 Main Street, Suite 208
Reading, MA 01867
(781) 279-1822
matthewtdesrochers@gmail.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| RE:    CHRISTOPHER C. KENNEDY | Case No. 17-11988 |
| | Chapter 7 |
| Debtor | Judge Frank J. Bailey |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 26, 2017, copy of the foregoing document was served via first class mail, postage pre-paid or by electronic notice using the CM/ECF system upon the following parties:

<u>By electronic notice using CM/ECF system:</u>

John Fitzgerald, Esq., Office of the United States Trustee
Gary W. Cruickshank, Esq., Chapter 7 Trustee
Jason J. Giguere, Esq., on behalf of the Creditor

<u>By regular mail, postage pre-paid:</u>

Chris Kennedy, 399 North Ave Weston, MA 02493

/s/ *Matthew T. Desrochers*
Matthew T. Desrochers
BBO #644504
274 Main Street, Suite 208
Reading, MA 01867
(781) 279-1822
matthewtdesrochers@gmail.com