**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
Proceeding Memorandum/Order

**In Re:** Christopher C Kennedy         **Case/AP Number** 17-11988 **-FJB**
                                        **Chapter** 7

#60 Motion filed by Creditor U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, S for Relief from Stay Re: 399 North Avenue, Weston, MA 02493 fka 399 North Street, Weston, MA 02493 with certificate of service Fee Amount $181, Objections due by 12/26/2017. (Attachments: # [1] Exhibit A) (Giguere, Jason)

**COURT ACTION:**

_____Hearing held
_____Granted     _____Approved     _____Moot
_____Denied      _____Denied without prejudice    _____Withdrawn in open court
_____Overruled   _____Sustained
_____Continued to_____
_____Proposed order to be submitted by _____
_____Stipulation to be submitted by_____
_____No appearance by _____
Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

As the Debtor's response does not state any substantive objection or reason to deny the Motion for Relief from Stay, the Movant is hereby granted relief from the automatic stay to exercise its rights as to the property and, until the Debtor receives a discharge, to preserve its rights as to a potential deficiency.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

_____Dated: 01/03/2018
Frank J. Bailey
United States Bankruptcy Judge